**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **DAMIAN KARAGOZ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:24-CV-62-WLS** |
| : | |
| **ZALE DELAWARE, INC.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Presently before the Court is Plaintiff's Notice of Settlement (Doc. 4) ("Motion"). Therein, Plaintiff notifies the Court that the Parties have agreed to settle this case. The Parties are in the process of finalizing the settlement documents and indicate they expect to file a dismissal of all claims within sixty (60) days once they have completed settlement.

For good cause, the Motion (Doc. 4) is **GRANTED**. All pending deadlines, if any, are stayed pending further order of the Court. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Friday, October 18, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 20th day of August 2024.

                                                          /s/ W. Louis Sands
                                                          **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**